UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO NUNO URENDA,<br><br>            Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>            Respondent. | No.  2:23-cv-1410 DJC AC P<br><br>ORDER |

      By order filed July 18, 2023, petitioner was ordered to file a completed in forma pauperis application or pay the filing fee and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  ECF No. 3.  The thirty-day period has now expired, and petitioner has not filed an application, paid the fees, or otherwise responded to the court's order.  Petitioner will be given one final opportunity to submit an application or pay the fee.

      Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, petitioner shall submit an application to proceed in forma pauperis or pay the filing fee.  Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

DATED:  September 11, 2023.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE