UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO NUNO URENDA,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN,<br><br>          Respondent. | No.  2:23-cv-1410 DJC AC P<br><br>ORDER |

By an order filed July 18, 2023, petitioner was ordered to file a completed in forma pauperis application or pay the filing fee and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  ECF No. 3.  After petitioner failed to comply with or respond to the order, it was recommended that this action be dismissed without prejudice.  ECF No. 7.  Petitioner then filed objections stating that he had submitted a withdrawal request to the prison, but the prison had yet to withdraw the requested funds, and that he had spoken to family members who told him the fee had been sent to the court.  ECF No. 8.  The findings and recommendations were then withdrawn, and petitioner was provided with instructions for submitting payment and an additional thirty days to pay the fee or submit an in forma pauperis application.  ECF No. 9.  Thirty days have now passed, and petitioner has once again failed to pay the filing fee or submit an in forma pauperis application.  Petitioner shall be provided one final opportunity to pay the filing fee or submit an application to proceed in forma pauperis.

If petitioner is still experiencing difficulties paying the filing fee, he should notify the court regarding the difficulties and explain why he has been unable to pay the filing fee. Alternatively, petitioner may file an application to proceed in forma pauperis if he believes that he is entitled to proceed without paying the filing fee.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the filing of this order, petitioner shall submit an application to proceed in forma pauperis or pay the filing fee. Failure to comply with this order will result in a recommendation that this action be dismissed without further warning.

DATED: December 27, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE