UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO NUNO URENDA,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>        Respondent. | No. 2:23-cv-1410 DJC AC P<br><br>ORDER |

      Petitioner, a federal inmate proceeding pro se, was previously ordered to file a completed in forma pauperis application or pay the filing fee. ECF No. 9. He has now submitted the completed second page of an application to proceed in forma pauperis. ECF No. 11. Petitioner will be provided the opportunity to submit a complete application that includes both pages of the application.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Petitioner shall submit, within thirty days from the date of this order, a complete application in support of his request to proceed in forma pauperis. The application must include both pages. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

/////

/////

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: January 10, 2024

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE